UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONDENSER PEOPLE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:24-cv-6977 |
| OWNERS INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

### STIPULATION TO DISMISS WITH PREJUDICE

The parties stipulate and agree that all claims at issue in this matter have been resolved and this matter should be dismissed with prejudice with each party to bear its own costs.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREEED that all claims at issue are hereby settled and dismissed with prejudice with each party to bear its own costs.

/s/ Edward Eshoo, Jr.
Edward Eshoo, Jr.
Christina M. Phillips
MERLIN LAW GROUP
181 West Madison, Suite 3475
Chicago, Illinois 60602
Telephone: (312) 260-0806
Facsimile: (312) 260-0808
eeshoo@merlinlawgroup.com
cphillips@merlinlawgroup.com
*Attorneys for Plaintiff*

/s/ Robert Chemers
Robert Chemers
PRETZEL & STOUFFER, CHARTERED
200 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
Telephone: (312) 346-1973
Facsimile: (312) 346-8242
rchemers@pretzel-stouffer.com
*Attorneys for Defendant*